# UNITED STATES DISTRICT COURT

for the

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. Z:19-mj-715
1028 Shady Lane Rd., Columbus, OH 43227 )
)
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before Sept 30, 2019 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to any S.D. Ohio USMJ
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: Sept. 16, 2019  11:30 AM

City and state:  Columbus, Ohio   Kimberly A. Jolson, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 2:19-mj-715 | Date and time warrant executed: 9/19/19 7:05AM | Copy of warrant and inventory left with: On Counter in Plain View |
|---|---|---|

Inventory made in the presence of : *Special Agent Shawn Mincks*

Inventory of the property taken and name of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/25/2019

_____
Executing officer's signature

Special Agent John Doyle
Printed name and title

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
1028 Shady Lane Rd.,
Whitehall, OH 43227
JOSE LUIS ROSALES DBA
LOS ROSALES

**Investigation Number:**
1000290971
**Starting Date and Time:**
09/19/2019 07:05 AM
**Ending Date and Time:**
09/19/2019 10:00 AM

**Report Date:**
Thursday, September 19, 2019

---

| **Control #:** | 1 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- on desk in front (charging) | | |
| **Description:** | Seized per Warrant    IPhone- s/n F18PQBMEG5MD model: MG5X2LL/A | | |

---

| **Control #:** | 2 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desk | | |
| **Description:** | Seized per Warrant    Passwords written on various pieces of paper | | |

---

| **Control #:** | 3 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desk | | |
| **Description:** | Seized per Warrant    Deposit slips- 5/3 Bank. Some with Los Rosales customer receipts | | |

---

| **Control #:** | 4 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desks | | |
| **Description:** | Seized per Warrant    Girosol Receipts | | |

---

| **Control #:** | 5 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desks | | |
| **Description:** | Seized per Warrant    Jose Luis Rosales LLC- Member Book Other Contacts | | |

---

| **Control #:** | 6 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desks | | |
| **Description:** | Seized per Warrant    Ledger- Notebook | | |

---

| **Control #:** | 7 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Store/ Main Area | **Locator Code:** | Room A |
| **Found:** | Room A- Front Desks | | |
| **Description:** | Seized per Warrant    Receipts- Ria | | |

| Control #: | 8 | | Evidence Box: | 1 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desks | | | |
| Description: | Seized per Warrant | Omnex- Documents Training Acknowedgment (Compliance) | | |

| Control #: | 9 | | Evidence Box: | 2 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desk (on top) | | | |
| Description: | Seized per Warrant | HP laptop (Property of Girosol) -model: 584048-001 -s/n: CNU1492SB9 -w/ power cord | | |

| Control #: | 10 | | Evidence Box: | 2 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desks | | | |
| Description: | Seized per Warrant | Checkbooks 3rd Party Checks | | |

| Control #: | 11 | | Evidence Box: | 2 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desk | | | |
| Description: | Seized per Warrant | Dell Computer- Optiplex 755 S/N: FVPS5H1 Model: DCCY w/ power cord | | |

| Control #: | 12 | | Evidence Box: | 3 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- On the floor | | | |
| Description: | Seized per Warrant | MSB Receipts | | |

| Control #: | 13 | | Evidence Box: | 4 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinet | | | |
| Description: | Seized per Warrant | MSB Receipts- Box 1of 4 | | |

| Control #: | 14 | | Evidence Box: | 5 |
| --- | --- | --- | --- | --- |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinet | | | |
| Description: | Seized per Warrant | MSB Receipts- Box 2 of 4 | | |

| Control #: | 15 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinet | | | |
| Description: | Seized per Warrant | MSB Receipts 3 of 4 | | |

| Control #: | 16 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinet | | | |
| Description: | Seized per Warrant | MSB Receipts- Box 4 of 4 | | |

| Control #: | 17 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Floor | | | |
| Description: | Seized per Warrant | MSB Receipts | | |

| Control #: | 18 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desk | | | |
| Description: | Seized per Warrant | Brinks customer receipt books | | |

| Control #: | 19 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Front Desks | | | |
| Description: | Seized per Warrant | 5/3 Transaction slips currency wrappers disk labeled "Fotos" | | |

| Control #: | 20 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinet | | | |
| Description: | Seized per Warrant | Passport- Teodoro Francisco Rocha Sondoval Passport- Manuel Ramirez Mosqueda Passport- Jose Luis Avila Reynoso | | |

| Control #: | 21 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cabinets | | | |
| Description: | Seized per Warrant | Checkfree Receipts Business receipts/ invoices | | |

| Control #: | 22 | | Evidence Box: | 9 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cart | | | |
| Description: | Seized per Warrant | -Omnex- Compliance Docs | | |
| | | -Groupex- Anti0ML guide | | |
| | | -"Cheques"- blue binder | | |
| | | -Deposit Books | | |
| | | -Receipts (cash)- cell phone purchases/ pmts | | |

| Control #: | 23 | | Evidence Box: | 9 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Dresser Drawer | | | |
| Description: | Seized per Warrant | -pictures | | |
| | | -MSB receipts | | |
| | | -ledgers | | |

| Control #: | 24 | | Evidence Box: | 10 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Behind Counter | | | |
| Description: | Seized per Warrant | MSB Receipts | | |

| Control #: | 25 | | Evidence Box: | 10 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Behind Counter | | | |
| Description: | Seized per Warrant | MSB receipts | | |

| Control #: | 26 | | Evidence Box: | 10 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Shredder | | | |
| Description: | Seized per Warrant | Shredder Contents | | |

| Control #: | 27 | | Evidence Box: | 10 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cart | | | |
| Description: | Seized per Warrant | Omnex- Cash ledgers | | |
| | | 5/3 deposit slips | | |
| | | Reymesa- Receipt Trans | | |
| | | "Cheques de Trans Fast"- folder | | |

| Control #: | 28 | | Evidence Box: | 10 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Filing Cart | | | |
| Description: | Seized per Warrant | Ria- Receipts | | |
| | | Reycer- Receipts | | |
| | | Girosol- Receipts | | |
| | | MoneyGram- Receipts | | |
| | | 5/3 Deposit slips | | |
| | | U.S. Bank- Deposit slips | | |
| | | Key Bank- Deposit slips | | |

| Control #: | 29 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Small Filing Cabinet | | | |
| Description: | Seized per Warrant | Video Cassettes | | |
| | | Photos | | |

| Control #: | 30 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small filing cabinet | | | |
| Description: | Seized per Warrant | Bank Recs | | |
| | | Tax Recs | | |
| | | MSB Recs | | |
| | | List (handwritten) | | |

| Control #: | 31 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small Filing Cabinet | | | |
| Description: | Seized per Warrant | Handwritten List | | |

| Control #: | 32 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small Filing Cabinet | | | |
| Description: | Seized per Warrant | Bank Receipts | | |

| Control #: | 33 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small Filing Cabinet | | | |
| Description: | Seized per Warrant | ID Docs | | |
| | | Passport | | |
| | | Vehicle Titles | | |
| | | Tax Docs | | |
| | | Bank Statements | | |

| Control #: | 34 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small Filing Cabinet | | | |
| Description: | Seized per Warrant | Money bands | | |

| Control #: | 35 | | Evidence Box: | 11 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Small filing Cabinet | | | |
| Description: | Seized per Warrant | MSB Receipts | | |

| Control #: | 36 | | Evidence Box: | 12 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- on Filing Cabinet and Hallway Floor | | | |
| Description: | Seized per Warrant | Money Counter- K1710LA86940 HP- MXL2101LG9 | | |

| Control #: | 37 | | Evidence Box: | 13 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A | | | |
| Description: | Seized per Warrant | MSB receipts security camera recorder | | |

| Control #: | 38 | | Evidence Box: | 14 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A | | | |
| Description: | Seized per Warrant | MSB Receipts Jesus Malverde Statue | | |

| Control #: | 39 | | Evidence Box: | 14 |
| Location: | Store/ Main Area | | Locator Code: | Room A |
| Found: | Room A- Glass Bowl Behind Counter | | | |
| Description: | Seized per Warrant | SIM Cards ledgers (on counter) | | |

# Attachment A

## PROPERTY TO BE SEARCHED:

1. This affidavit is submitted in support of an application for search warrant(s) for evidence of violations of the federal laws named above at the following location(s):

    a. **1028 Shady Lane Rd., Columbus, OH 43227, including the curtilage,** has been identified as the business location of JOSE LUIS ROSALES LLC DBA LOS ROSALES (LOS ROSALES). LOS ROSALES has conducted business from this location since approximately 2014. This business is located in a strip mall, southeast of the intersection of E. Main St. and Shady Lane Rd. The parking lot to the north of this strip mall is a Shell gas station. The windows and doors of this business are almost completely covered with advertisements.

 



b. **4340 East Main St., Suite A, Whitehall, OH 43213, including the curtilage,** has been identified as the business location of LOS ROSALES 2 LLC ("LOS ROSALES 2"). LOS ROSALES 2 has conducted business from this location since approximately 2017. This business is located inside of a building that is also used as a "Wellness Center", northwest of the intersection of East Main St. and Westphal Ave. The building is marked with a white and green sign that displays the numbers "4340". The entrance to LOS ROSALES 2 is the western most door of the building and faces south.

 



c. **4260 Eastland Square Dr., Columbus, OH 43232, including the curtilage,** has been identified as the business location of EXPRESS CELLULAR Y MAS LLC (EXPRESS CELLULAR). EXPRESS CELLUAR has conducted business from this location since approximately 2013. This business is located in a strip mall southwest of the intersection of Refugee Rd. and Hamilton Rd. 4260 is located to the north inside of the strip mall and is marked with a sign, red and yellow in color, which reads "EXPRESS CELLULAR Y MAS". The windows and doors of this business are almost completely covered with advertisements.






d. **1805 Elaine Rd., Columbus, OH 43227, including the curtilage,** has been identified as the residence of JOSE LUIS ROSALES OCAMPO (JOSE ROSALES). This residence is an apartment located in the Sutton Square Townhomes apartment complex, near the intersection of Elaine Rd. and Elaine Place North. 1805 Elaine Rd. is adjacent to 1809 Elaine Rd. and the two residences share a common front porch.





e.  **3470 Oak Bend Blvd., Canal Winchester, OH 43110, including the curtilage and any vehicles on the curtilage,** has been identified as the residence of THANIA ROSALES-GUADARRAMA. This residence is located north of the intersection of Refugee Rd. and Oak Bend Blvd. 3470 is approximately the third house north of Refugee Rd., on the east side of Oak Bend Blvd.



f.  **720 Preston Trails Dr., Pickerington, OH 43147, including the curtilage and any vehicles on the curtilage,** has been identified as the residence of JOSUE GAMA-PEREZ ("JOSUE GAMA") and DULCE ROSALES-GUADARRAMA ("DULCE ROSALES"). This residence is located near the intersection of Preston Trails Dr. and Lillian Dr. The mailbox associated with this residence is unique and is designed to look like a lighthouse.





g. **2013 GMC Terrain, Ohio license plate HNE-1210, red in color, registered to JOSE LUIS ROSALES-OCAMPO.** The below photos are not of the vehicle to be searched but are of vehicles similar to the vehicle to be searched.





h. **2017 Toyota RAV4, Ohio license plate HNN-1641, black in color, registered to Luis Alcauter (known to be driven by THANIA ROSALES).** The below photos are not of the vehicle to be searched but are of vehicles similar to the vehicle to be searched.





i. **2017 Acura MDX, Ohio license plate HHH-6056, white in color, registered to JOSUE GAMA-PEREZ.** The below photos are not of the vehicle to be searched but are of vehicles similar to the vehicle to be searched.





j. **2000 Chevrolet Express Cargo, Ohio license plate GBA-6818, white in color, registered to Windows and Houses Cleaning Gama.** The below photos are not of the vehicle to be searched but are of vehicles similar to the vehicle to be searched.





# Attachment B

# ITEMS TO BE SEIZED:

Records and information to be seized by the government:

1. All records and information that constitutes fruits, evidence, and instrumentalities of violations of 21 U.S.C. § 841 and § 846 (narcotics); any section of 18 U.S.C. § 1956 (money laundering) and/or 18 U.S.C. § 1957 (money laundering), regardless of the format in which they are or may be stored, for the period January 1, 2013, to the present, including:

   a. Records identifying the establishment, ownership, operation and/or control of any limited liability corporation or other business entity including articles of organization; correspondence with and/or submissions to/from any Secretary of State office; applications, disposition records and/or correspondence related to the issuance or use of Employer Identification Numbers (EIN); minutes and other official business records; and documents identifying any registered agent(s), incorporator(s), and/or other identified members;

   b. All records identifying, or related to, any wire or money transfers including: records that evidence the establishment, operation, activities, or disposition of, all business relationships with wire transfer services, including, but not limited to, records regarding training and certifications; all records regarding anti-money laundering information, training, compliance, or communications; all records related to requests for an electronic transfer or cash deposit, wiring or deposit instructions, receipts, and correspondence, including, but not limited to, historical wire-transfer records;

   c. All records related or referring to persons or entities in other countries and the locations of such persons entities;

   d. Asset ownership and/or acquisition records including contracts, invoices, receipts, registrations, titles insurance records and/or photographs of assets including motor vehicles, real property, boats, jewelry, precious metals and gems, and currency (foreign, domestic, or virtual currency);

   e. Travel records including travel directions, hotel reservations, rental car reservations, airplane reservations, invoices, airline tickets, and itineraries;

   f. Records related to banking or financial activity including communications and data related to the opening, closing, use, custody and/or control of bank accounts, alternative currency accounts (i.e. those related to Bitcoins), credit cards, and/or debit cards including applications for accounts; approval or declination notices; credit and/or debit card issuance notices; credit and/or debit card activations; bank statements; welcome or account opening/closing notifications; deposit, payment, withdrawal, or transfer orders, receipts and/or notifications; balance inquiries and/or

1

notices; and security notifications;

g. All financial statements, accounting records and supporting source documents relating to receipts, expenditures, general ledgers, accounts and notes receivable, accounts and notes payable, balance sheets, income statements, statements of profit and loss, and any other accounting records and other records and/or ledgers relating to **JOSE LUIS ROSALES LLC, DBA LOS ROSALES; LOS ROSALES 2 LLC, EXPRESS CELLULAR Y MAS LLC, and WINDOWS AND HOUSES CLEANING HOUSES CLEANING GAMA LLC,** or any variation of these entity names or any other entities identified through items seized pursuant to section b. above;

h. All records related to taxes to include; records of both personnel and business taxes paid, incurred, due, or computed; on sales, purchases, and income; related to any person or government, including federal, state, and local municipalities;

i. Electronic records of internet sites visited and data accessed and/or communications made in the course of visiting such internet sites;

j. Communications records and histories made through and/or from applications (known as "Apps"); emails; texts; calls or other media contained on the electronic devices to be searched and all attachments included in such communications;

k. Contact lists and any documents reflecting names, addresses, email addresses, telephone numbers, fax numbers and/or other contact information;

l. Cash in excess of $1,000;

m. All items related to the ordering, manufacturing, packaging, possession, storage, shipment, sale, and/or distribution of narcotics;

n. Records related to the rental or ownership of, depending on the circumstances of the defendant, apartments and/or homes, including applications, agreements, credit checks, payment records or receipts, correspondence from leasing offices or financial institutions, and/or any other items related to the lease, ownership, or payment regarding an apartment unit or home;

o. Records related to the rental or ownership of, depending on the circumstances of the defendant, business space, including applications, agreements, credit checks, payment records or receipts, correspondence from leasing offices or financial institutions, and/or any other items related to the lease, ownership, or payment regarding any of the defendants' businesses;

p. Any items related to package mailings including shipping receipts, tracking numbers, sender and recipient information, payment receipts, and/or any other items referencing the shipment or receipt of packages;

2

q. Any identification cards including driver's licenses, ID cards, benefits cards, credit cards, debit cards, or any other means of identification regarding the defendants;

2. This authorization includes the search of physical documents and electronic data (including deleted data, remnant data and slack space), including the search of the following: All cellular telephones, computers, software, peripherals and data storage devices, such as SIM cards, USB drives or flash memory devices in the Subject Premises, as described in Attachment A.

3. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium, including cellular phones, that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   a. evidence of user attribution showing who used or owned computers, cell phones, and electronic devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

   b. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   c. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   d. evidence of the lack of such malicious software;

   e. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

   f. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

   g. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

   h. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

   i. evidence of the times the COMPUTER was used;

   j. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

k.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

l.  records of or information about Internet Protocol addresses used by the COMPUTER;

m.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

n.  contextual information necessary to understand the evidence described in this attachment.

4.  This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, IRS-CI and/or DEA may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.